UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
:
UTICA MUTUAL INSURANCE COMPANY : **ORDER SETTING CONFERENCE**
:
Petitioner, : 10 Civ. 2669 (AKH)
:
-against- :
:
:
CHADBOURNE & PARKE LLP, and INA :
REINSURANCE COMPANY, N/K/A R&Q :
REINSURANCE COMPANY, :
:
Respondents. :
:
-------------------------------------------------------------- x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/10
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

In light of Petitioner Utica Mutual Insurance Co.'s ("Utica") response to my Order to Show Cause, I will hold a conference to discuss the issues raised by the response and by Utica's disqualification motion. Utica shall bring to the conference for my private review the confidential information to which Samantha Miller was allegedly exposed during her time at Hunton & Williams LLP.

The conference will be held on Tuesday, August 10, 2010, at 2:30 p.m., in Courtroom 14D.

SO ORDERED.

Dated: July 30, 2010
New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge