```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

UTICA MUTUAL INSURANCE COMPANY

                                             Petitioner,

-against-

CHADBOURNE & PARKE LLP, and INA
REINSURANCE COMPANY, N/K/A R&Q
REINSURANCE COMPANY,

                                             Respondents.

------------------------------------------------------------- x

**SUMMARY ORDER**

10 Civ. 2669 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On August 18, 2010, the parties appeared before me for oral argument on Utica Mutual Insurance Company's ("Utica") petition to disqualify Chadbourne & Parke LLP ("Chadbourne").

       For the reasons stated on the record (1) Chadbourne is dropped from the caption and terminated as a party to the action, (2) the case and all filings are unsealed but the unsealing is stayed pending my decision on the parties' joint application for redaction of particular items, which shall be submitted to the Court by Tuesday, August 31, 2010, and (3) the parties shall agree to limitations of discovery by R&Q Reinsurance Company ("R&Q") concerning positions taken by Utica in relation to coverage for others than Gould Pumps, Inc., and procedures to assure isolation of Samantha Miller, Esq., from the records, documents and information relating to the case before me and in arbitration.

       SO ORDERED.

Dated:    August 20, 2010
             New York, New York

                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge