# HUNTON & WILLIAMS



HUNTON & WILLIAMS LLP
1751 PINNACLE DRIVE
SUITE 1700
MCLEAN, VIRGINIA 22102

TEL    703 • 714 • 7400
FAX    703 • 918 • 4020

WALTER J. ANDREWS
DIRECT DIAL: 703-714-7642
EMAIL: wandrews@hunton.com

August 31, 2010

**By Facsimile**

The Honorable Alvin K. Hellerstein
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   *Utica Mutual Insurance Company v. R&Q Reinsurance Company*,
      Case No.:  10 cv 2669 (AKH) (FM)

Dear Judge Hellerstein:

We represent Utica Mutual Insurance Company in the above matter. We write to respectfully request a three-day extension to submit the parties' joint application for redaction of particular items submitted in connection with Utica Mutual's pending Motion to Disqualify. Pursuant to the Court's August 20, 2010 Order, the joint application is due today, August 31. Because of scheduling issues, Utica Mutual requests an extension until September 3 to submit the joint application.

Pursuant to Your Honor's Individual Rule 1.D, we provide the following additional information. There has been no previous request for adjournment or extension for the joint application relating to redactions. John Finnegan, R&Q Reinsurance Company's counsel, has advised that R&Q has no objection to the extension, if Utica Mutual commits to providing R&Q with its proposal by email no later than 3:00 p.m. on September 2, which would allow R&Q to formulate its position. Utica Mutual has agreed with R&Q's request. Finally, there are no other dates previously scheduled that need to be modified based on the requested extension.

Respectfully submitted,

Walter J. Andrews

cc:   John F. Finnegan (via email and First Class U.S. Mail)
      William Perry (via email and First Class U.S. Mail)