UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UTICA MUTUAL INSURANCE COMPANY<br><br>         Petitioner,<br><br>    -against-<br><br>INA REINSURANCE COMPANY N/K/A R&Q REINSURANCE COMPANY,<br><br>         Respondent. | **CONSENT ORDER**<br><br>10 Civ. 2669 (AKH) |

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Further to paragraph 5 of my Order dated September 7, 2010, the parties have advised the Court that they have agreed to the following procedures regarding the isolation of attorney Samantha Miller from any aspect of this case or the related arbitration:

1. The ethical wall procedures currently in place at Chadbourne, as described in the Affidavit of William K. Perry dated March 25, 2010 and on pages 7 and 8 of the parties' joint letter to the Court dated August 31, 2010, shall remain in effect through the conclusion of this case and the related arbitration.

2. As an added protection, Chadbourne shall circulate a copy of Chadbourne's February 12, 2010 ethical wall memorandum to all personnel on the first business day of every month during the pendency of this case and the related arbitration.

3. No changes to the aforesaid ethical wall procedures (other than changes required by law)

shall be made without Utica Mutual's consent, which shall not be unreasonably withheld.

SO ORDERED

Dated: September 14, 2010
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2