UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
UTICA MUTUAL INSURANCE COMPANY  :
:  **SUMMARY ORDER**
                    Petitioner,  :
:
:  10 Civ. 2669 (AKH)
       -against-  :
:
:
INA REINSURANCE COMPANY, N/K/A R&Q  :
REINSURANCE COMPANY,  :
:
                    Respondent.  :
:
:
:
:
:
:
-------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 9/15/10

ALVIN K. HELLERSTEIN, U.S.D.J.:

On September 7, 2010, I issued an order requiring the parties to file an agreed-upon set of procedures regulating the isolation of attorney Samantha Miller from this case. On September 14, 2010, the parties filed their agreed-upon procedure, which I adopted in a consent order. There are no longer any issues in this matter for the Court to resolve. The clerk is directed to mark this case as closed.

SO ORDERED.

Dated:  September 14, 2010
        New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge