UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
APPLICATION OF
UTICA MUTUAL INSURANCE COMPANY,

        Petitioner,

    - against -           No.: 10 CV 2669 (AKH) (FM)

INA REINSURANCE COMPANY,
N/K/A R&Q REINSURANCE COMPANY,

        Respondent.
----------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that Petitioner Utica Mutual Insurance Company hereby appeals to the United States Court of Appeals for the Second Circuit from (1) the Order entered in this action on August 20, 2010 [D.E. 14] unsealing the case and all filings in the action; (2) the Order entered in this action on September 7, 2010 [D.E. 17] denying Utica Mutual's application for redaction of particular items that were unsealed; (3) the Order entered in this action on September 8, 2010 [D.E. 18] denying Utica Mutual's Motion to Disqualify, including the scope of the required prophylactic measure referenced in the Order; (4) the Order entered in this action on September 14, 2010 [D.E. 20] denying Utica Mutual's request related to the scope of the required prophylactic measure; and (5) the Order entered in this action on September 23, 2010 [D.E. 23] denying Utica Mutual's request that the rulings unsealing certain parts of the record be stayed until Utica Mutual's appeal is resolved.

Dated: New York, New York
October 14, 2010

                        HUNTON & WILLIAMS LLP

By:    */s/ Robert J. Morrow*
Robert J. Morrow
200 Park Avenue
New York, New York 10166
(212) 309-1000

*Counsel for Utica Mutual Insurance Company*

2